

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-15-00107-CV**

ROBERT SEIDL                                                    APPELLANT

V.

KARLA SEIDL                                                      APPELLEE

-----------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 14-07273-431

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

Appellant filed a timely notice of appeal from the trial court's March 23, 2015 "Agreed Final Decree of Divorce." The trial court subsequently granted appellant's motion for new trial on April 17, 2015, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

---

[1]*See* Tex. R. App. P. 47.4.

On April 23, 2015, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before May 4, 2015, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: May 21, 2015